LADD-HANNON OIL CORPORATION V. D. W. TRIPPLEHORN.

Application No. 16288.  Decided January 30, 1929.
(13 S. W., 2d Series, 666.)

*W. R. Ely, W. L. Morris, Ike A. Wynn,* and *Scott, Brelsford, McCarty & Brelsford,* for plaintiff in error.

*James G. Harrell* and *G. O. Bateman,* for defendant in error.

PER CURIAM:  The certified copy of the orders of the Court of Civil Appeals in the record before us shows that the motion for re-hearing in that Court was overruled June 18, 1928.  The application for writ of error was filed in the Court of Civil Appeals on July 20, 1928,—more than thirty days after the motion for re-hearing was overruled.  We, therefore, have no jurisdiction of the application.  Art. 1742, R. S. 1925.  Flattery v. Miller, 212 S. W., 932; Long v. Martin, 112 Texas, 365; Schleicher v. Runge, 90 Texas, 456; Allen v. Comoras, 114 Texas, 581.

The application is accordingly dismissed for want of jurisdiction.